IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| In re: Bausch & Lomb Contact Lens ) | |
| Solution Product Liability Litigation ) | |
| ) | MDL No. 1785 |
| ) | |
| ) | C/A No. 2:06-MN-77777-DCN |
| ) | |
| ) | This order relates to: |
| ) | C/A No. 2:07-CV-02275 |
| ) | C/A No. 2:08-CV-02630 |
| ) | C/A No. 2:09-CV-01969 |
| ) | |
| ) | **ORDER** |
| ) | |
| _____) | |

The three cases listed above were filed on July 18, 2007; July 23, 2008; and July

27, 2009, respectively. A review of the court's docket reveals that these complaints were

never served on defendant Bausch & Lomb. Accordingly, these three cases are

**DISMISSED** without prejudice.

      **AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**February 3, 2010**
**Charleston, South Carolina**